UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| Appellee, ) | |
| ) | **Appeal No. 23-3072(L)** |
| v. ) | **23-3077(Taylor)** |
| ) | |
| **JANES THOMAS TAYLOR,** ) | |
| Appellant. ) | |
| ) | |

(consolidated with 23-3073; 23-3076; and 23-3077)

## TRANSCRIPT STATUS REPORT

**Interim Part I** - The following necessary transcripts are ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 03/11/2019 | Arraignment (Taylor) | Lisa Griffith |
| 08/05/2021 | Motions Hearing | Lisa Griffith |
| 11/08/2021 | Status/Motions Hearing | Lisa Griffith |
| 01/18/2022 | Status/Scheduling Conf. | Lisa Griffith |
| 02/14/2022 | Status/Scheduling Conf. | Lisa Griffith |
| 02/23/2022 | Status/Scheduling Conf | Lisa Griffith |
| 09/01/2022 | Status/Motions Hearing | Lisa Griffith |
| 10/26/2022 | Jury Deliberations | Lisa Griffith |

Respectfully submitted,
*/s/ Robin Earnest*
Robin M. Earnest
D.C. Bar # 458304
Earnest Attorney at Law, LLC
7600 Ora Glen Dr., No. 241
Greenbelt, MD 20768
T: 240.463.4625
REarnestLaw@gmail.com

CJA appointed counsel

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served this 2nd day of January, 2024 by the Court's ECF, to all counsel of record:

*/s/ Robin M. Earnest*
Robin M. Earnest