UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| Appellee, ) | |
| ) | Appeal No. 23-3072(L) |
| v. ) | 23-3077(Taylor) |
| ) | |
| JANES THOMAS TAYLOR, ) | |
| Appellant. ) | |
| ) | |

(consolidated with 23-3073; 23-3076; and 23-3077)

## TRANSCRIPT STATUS REPORT

**Interim Part I** - The following necessary transcripts are ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 03/11/2019 | Arraignment (Taylor) | Lisa Griffith |
| 08/05/2021 | Motions Hearing | Lisa Griffith |
| 11/08/2021 | Status/Motions Hearing | Lisa Griffith |
| 01/18/2022 | Status/Scheduling Conf. | Lisa Griffith |
| 02/14/2022 | Status/Scheduling Conf. | Lisa Griffith |
| 02/23/2022 | Status/Scheduling Conf | Lisa Griffith |
| 09/01/2022 | Status/Motions Hearing | Lisa Griffith |
| 10/26/2022 | Jury Deliberations | Lisa Griffith |

**Interim Part III**- State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of the case.

Counsel notes that she has sent emails to the court reporter in his matter who stated that she is now retired but did receive counsel's transcript order for transcripts of the proceedings identified above.

Respectfully submitted,

*/s/ Robin Earnest*
Robin M. Earnest
D.C. Bar # 458304
Earnest Attorney at Law, LLC
7600 Ora Glen Dr., No. 241
Greenbelt, MD 20768
T: 240.463.4625
REarnestLaw@gmail.com

CJA appointed counsel

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served this 7th day of March, 2024 by the Court's ECF, to all counsel of record:

*/s/ Robin M. Earnest*
Robin M. Earnest