CJA 24 AUTHORIZATION AND VOUCHER TRANSCRIPT

| 1. CIR./DIST./DIV. CODE 0090 | 2. PERSON REPRESENTED JAMES THOMAS TAYLOR | | VOUCHER NUMBER 0090.1581551 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:18-CR-00198-3-JEB | 5. APPEALS DKT./DEF. NUMBER 23-3077 | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA v. MOORE et al | 8. PAYMENT CATEGORY Capital | 9. TYPE PERSON REPRESENTED Adult Defendant | 10. REPRESENTATION TYPE Federal capital prosecution, either trial or direct appeal |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:1201.F,18:924C.F

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
USA v. James T. Taylor, No 23-3077: No. 23-3072(L) D.C. Circuit

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)
03/11/2019 Arraignment; 08/05/2021 (Motions); 11/08/21 (Motions); 01/18/2022, 02/14/22, 02/23/22, 09/01/2022 (Status hearings); 09/19/22 (Jury); 10/26/22 (Deliberations) court reporter Lisa Griffith

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS

A. Apportioned 0 % of transcript with (Give case name and defendant)

B. ☐ 14-Day ☐ Expedited ☐ 3-Day ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Robin M Earnest /S/ — Signature of Attorney
06/25/2023 17:38:53 — Date
Robin M Earnest — Printed Name
Telephone: 240-463-4625

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted.

James E. Boasberg /S/ — Signature of Presiding Judicial Officer or By Order of the Court
07/03/2023 07:17:34 — Date of Order
Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☒ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME: Lisa Walker Griffith
MAILING ADDRESS: 5803 Sir Galahad Road, Glenn Dale, MD 20769
Telephone: (301) 787-0448

19. SOCIAL SECURITY OR EMPLOYER ID NUMBER OF PAYEE
XX-XXXXXXX

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO OF PAGES | RATE PER PAGE | SUB TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | 422 | $4.00 | $1,688.00 | $0.00 | $1,688.00 |
| Copy | ---------------- | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED** | | $1,688.00 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim for services rendered is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of: Lisa Walker Griffith /S/
Date: 3/12/2024

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Robin M Earnest /S/ — Signature of Attorney or Clerk
03/13/2024 14:14:20 — Date

### APPROVED FOR PAYMENT - COURT USE ONLY

23. APPROVED FOR PAYMENT
James E. Boasberg /S/ — Signature of Judicial Officer or Clerk of the Court
03/18/2024 06:27:09 — Date

24. AMOUNT APPROVED
$1,688.00

**Voucher Services Detail**

| Date | Service Type | Description | Incl. Page Numbers | No. of Pages | Rate Per Page | Apportioned | Adjusted | Total | Audit Amount | Audit Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/12/2024 | Original | transcripts requested | | 422 | $4.00 | $0.00 | $0.00 | $1,688.00 | | |

**Voucher Expenses Detail**

No Expenses Reported

**Submission Notes**

Public Notes

(No Notes)

Private Notes

(No Notes)